```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 04072
    VIVIAN Y MCDONALD
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-9765


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/04/04 and confirmed on 04/08/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14635.50 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE         UNSECURED       NOT FILED             .00           .00
DEPARTMENT VETERAN AFFAI   UNSECURED       NOT FILED             .00           .00
CONDOR CAPITAL CORP        SECURED VEHIC     1500.00          129.13       1500.00
GE CAPITAL AUTO FINANCIA   SECURED VEHIC     5535.00         2159.17       5535.00
AT & T                     UNSECURED       NOT FILED             .00           .00
CAPITAL ONE FINANCIAL      UNSECURED         1293.56             .00        194.53
CAPITAL ONE FINANCIAL      UNSECURED         1133.72             .00        170.50
CERTEGY PAYMENT RECOVERY   UNSECURED       NOT FILED             .00           .00
CITY OF CHICAGO            UNSECURED          360.00             .00         54.14
EDWARD HOSPITAL            UNSECURED       NOT FILED             .00           .00
HARRIS BANK                UNSECURED       NOT FILED             .00           .00
HARRIS BANK                UNSECURED       NOT FILED             .00           .00
MONEY CONTROL INC          UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         1077.09             .00        161.98
TELECHECK RECOVERY         UNSECURED       NOT FILED             .00           .00
CONDOR CAPITAL CORP        UNSECURED         2133.15             .00        320.80
GE CAPITAL AUTO FINANCIA   UNSECURED         7238.40             .00       1088.56
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7035.00           .00     13235.92           .00     20270.92
PRINCIPAL PAID       7035.00           .00      1990.51           .00      9025.51
INTEREST PAID        2288.30           .00           .00          .00      2288.30
TOTAL PAID           9323.30           .00      1990.51           .00     11313.81
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $     611.19 .

Refunds to the Debtor totaled $      10.50 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/07/08                              /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE